UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | : | CIVIL ACTION NO. 12-2987 |
| VS. | : | MAG. JUDGE KAREN L. HAYES |
| DAVID LEE DAVIS, ET AL. | : | |

### MEMORANDUM RULING

On May 22, 2013, Plaintiff-in-Interpleader, Transamerica Life Insurance Co., filed a Motion to Dismiss [doc. # 14]. Plaintiff asserts that, as a mere uninterested stakeholder in this interpleader action, it has properly deposited the death benefit at issue into the registry of this Court, and therefore, all claims against it should be dismissed, with prejudice. *See id.* at 1. On April 15, 2013, the briefing deadline lapsed, with no response from Defendants-in-Interpleader. Therefore, Plaintiff's motion is deemed unopposed. (Notice of Motion Setting [doc. # 15]). Given the lack of opposition and Transamerica's compliance with the requirements of 28 USC § 1335(a)(2) and Fed. R. Civ. P. 22, the Court finds that it is entitled to be discharged from liability, and is hereby dismissed from the above-captioned matter.

Accordingly,

**IT IS ORDERED** that Transamerica Life Insurance Co.'s Motion to Dismiss [doc. # 14] is **GRANTED**, and all claims be, and they are hereby **DISMISSED**, with prejudice, relieving Transamerica Life Insurance Co. of all liability herein.

**THUS DONE AND SIGNED**, on this 8th day of July 2013, Monroe, Louisiana.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE